UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10037-T |
| vs. ) | |
| ) | |
| STANLEY BRIAN MITCHELL ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Stanley Brian Mitchell, DOB 10/28/59, SSN 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, now being detained in the Orange County Jail, Orlando, Florida, appear before Magistrate Thomas Anderson on the 23rd day of AUGUST, 2005 at 2:00 P.M. for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this _____ day of July, 2005.

Jerry R. Kitchen
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Orange County Jail, Orlando, FL.

YOU ARE HEREBY COMMANDED to have Stanley Brian Mitchell appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 19th day of July, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

FILED BY _____ D.C.
05 JUL 22 AM 10:54
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN JACKSON

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10037 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT