

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | *<br>* | |
| v. | * | CR. NO. 05-10037-T |
| STANLEY BRIAN MITCHELL<br>Defendant. | *<br>* | |

## MOTION TO CONTINUE ARRAIGNMENT

Comes now Defendant by and through counsel and Moves this Honorable Court that the arraignment in this matter presently set for Tuesday, October 18, 2005 at 2:15 pm be continued. In support of this motion Defendant would state:

1. Defendant is in custody and is the sole defendant in this matter. Defendant is presently serving another sentence and thus is not eligible for bond at the present.

2. Defense counsel is scheduled to meet with clients for the entire day at West Tennessee Detention Facility on Tuesday, October 18, 2005. Several of these clients have upcoming court dates and counsel needs to be available to meet with them on this date.

3. Defense counsel has consulted with government counsel regarding the motion and relief requested and there is no opposition to the relief requested.

Premises considered, Defendant moves that the arraignment be continued until Tuesday, October 25, 2005 for the grounds set forth above.

Respectfully submitted, this the 17 day of October 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-19-05

                                                M. Dianne Smothers [011874]
                                                Assistant Federal Defender
                                                109 S. Highland Ave., Rm. B-8
                                                Jackson, TN 38301
                                                Phone: (731)427-2556

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. Jerry Kitchen
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

       This the 17 day of October, 2005.

                                                M. Dianne Smothers

**MOTION GRANTED**
DATE: 10-17-05
S. Thomas Anderson
**U.S. Magistrate Judge**

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10037 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT