IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 OCT 24 PM 3:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 05-10037-T/An

STANLEY MITCHELL,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on October 24, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:           Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                                                      S. Thomas Anderson
                                                      S. THOMAS ANDERSON
                                                      United States Magistrate Judge

Charges:     bank robbery; assault with a deadly weapon; violent crime/drugs/machine gun

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was not waived.

Defendant's age:   45

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10037 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT